1:05CV1123-F

Page 2

RECEIVED

**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF**
**HABEAS CORPUS BY A PERSON IN STATE CUSTODY** 2005 NOV 23  A 9 18

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST ALA

| **United States District Court** | District | Middle, District |
|---|---|---|
| Name (under which you were convicted):<br>FREESHONE C. McLEOD | | Docket or Case No.<br>CC-2002-000 235 & 236.62 |
| Place of Confinement:<br>Bullock County facility, Union Springs AL. | | Prisoner No. # 229466 |
| Petitioner (include the name under which you were convicted)<br>Freeshone Cornelius McLeod | v. | Respondent (authorized person having custody of petitioner)<br>WARDEN: ARNOLD HOLT |
| The Attorney General of the State of ALABAMA  Hon. Troy King. | | |

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: Houston County Circuit Court, Dothan Alabama

   (b) Criminal docket or case number (if you know): CC-2002-235 & 236.62

2. (a) Date of the judgment of conviction (if you know): _____

   (b) Date of sentencing: MAY 28, 2003

3. Length of sentence: two 99 years R/C. Consective.

4. In this case, were you convicted on more than one count or of more than one crime?    Yes ☑    No ☐

5. Identify all crimes of which you were convicted and sentenced in this case: Rape 1st degree, Attempted Murder 1st degree

6. (a) What was your plea? (Check one)

   (1)  Not guilty ☑          (3)  Nolo contendere (no contest) ☐

   (2)  Guilty ☐              (4)  Insanity plea ☐

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? I Pleaded NOT guilty to the Charge(s) of Rape IST degree and Attempted murder IST degree.

_____

_____

_____

_____

(c) If you went to trial, what kind of trial did you have? (Check one)

Jury ☑        Judge only ☐

7.  Did you testify at a pretrial hearing, trial, or a post-trial hearing?

Yes ☐  No ☑

8.  Did you appeal from the judgment of conviction?

Yes ☑  No ☐

9.  If you did appeal, answer the following:

(a) Name of court: HOUSTON COUNTY CIR. COURT

(b) Docket or case number (if you know): CC- 2002. 000 235 & 236.62

(c) Result: Dismissed

(d) Date of result (if you know): _____

(e) Citation to the case (if you know): _____

(f) Grounds raised: Violation (S) of my 5th, 6th, 14th, Amendments, of the constitutional of the United States and const- of the State of Alabama, 1901, INNEFECTIVE ASSISTANCE OF TRIAL AND APPElaTE COUNSEL(S).

_____

_____

(g) Did you seek further review by a higher state court?    Yes ☑  No ☐

If yes, answer the following:

(1) Name of court: ALABAMA CRIMINAL COURT(S) OF APPEALS.

(2) Docket or case number (if you know): CC- 2002- 000 235 & 236.62

(3) Result: Affirmed.

_____

(4) Date of result (if you know): _____

(5) Citation to the case (if you know): _____

(6) Grounds raised: Same ↑ Above

_____

_____

_____

(h) Did you file a petition for certiorari in the United States Supreme Court?    Yes ☑ No ☐

If yes, answer the following:

(1) Docket or case number (if you know): I filed A petition of cert, CC-02-235; CC-02-236

(2) Result: Denied. April 30, 2004.

(3) Date of result (if you know): August 13, 2004

(4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?

Yes ☑ No ☐

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: Houston County Cir Court.

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): September 2004.

(4) Nature of the proceeding: Rule 32 Petition.

(5) Grounds raised: Violation of 5th, 6th, 14th and Ineffective-Assistance of Trial and Appelate counsel (S).

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

Yes ☐ No ☑

(7) Result: _____

(8) Date of result (if you know): _____

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: Houston County Circuit Court.

(2) Docket or case number (if you know): CC-02-235 CC-02 236.62

(3) Date of filing (if you know): Sept. of 2005.

(4) Nature of the proceeding: Rule 32. Petition.

(5) Grounds raised: Violation(S) of 5th, 6th, 14th, Amendments.

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    Yes ☐  No ☐

(7) Result: _____

(8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    Yes ☐  No ☑

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

    (1)  First petition:       Yes ☑  No ☑

    (2)  Second petition:    Yes ☐  No ☑

    (3)  Third petition:     Yes ☐  No ☐

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not: _____

_____

_____

_____

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE: _Fifth (5th) Amendment, (6th) (14th)_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _I was never warn or giving my Miranda Rights According to law. I never waive any of my Rights, Investigator Robinson did not Remember whether he waived McLeod his Rights or not, RPTS. 41 The Records does not indicate any warning or giving or explained any Rights to McLeod, McLeod never signed any Document call waiver of Rights, McLeod did not voluntary and intentionally waive their Rights before or after questioning as Required by Miranda._

(b) If you did not exhaust your state remedies on Ground One, explain why: _because McLeod did not Discovery the issues until after trial, and this is no fault on McLeod Part, Now could this Court Hold McLeod Responsible for these Harmless errors which have merits for Reversal or vacating the convictions and Sentence;_

(c) **Direct Appeal of Ground One:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?

   Yes ☐  No ☐

   (2) If you did not raise this issue in your direct appeal, explain why: _My Court Appointed Lawyers never Raise these issue which have merits to a Reversal of the conviction and Sentence;_

(d) **Post-Conviction Proceedings:**

   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

   Yes ☐  No ☑

   (2) If your answer to Question (d)(1) is "Yes," state:

   Type of motion or petition: _____

   Name and location of the court where the motion or petition was filed: _____

   _____

   Docket or case number (if you know): _____

   Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____
_____
_____

(3) Did you receive a hearing on your motion or petition?

Yes ☐  No ☑

(4) Did you appeal from the denial of your motion or petition?

Yes ☐  No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐  No ☑

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: my first Appeal was done by
my court appoinree Lawder mr. Clark parker.

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____
_____
_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:
because my court appoinree Lawder mr. Clark parker overlooked the
most important issues: that he failed to Raise these colorable
issues on direct appeal.

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you
have used to exhaust your state remedies on Ground One: _____
_____
_____

**GROUND TWO:** Affadavit/warrant:
_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): Mcleod
contend that there was never a Affidavit/warrant issued and
signed by an Judge or magistrate for his arrest, only an
invalid writ of arrest was issue for his arrest signed by the
Clerk, Deputy, and Sheriff of Houston county Police department,
Dothan, Alabama.
_____
_____

(b) If you did not exhaust your state remedies on Ground Two, explain why: _____

_____

_____

_____

(c) **Direct Appeal of Ground Two:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ❑  No ☑

    (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: because the Honorable

Judge of Houston County, Prohibites me from Appeal because He States

that I was Never giving Permission to Appeal, because I was Never Charged

forma-Pauperis!

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

        Yes ☑  No ❑

    (2) If your answer to Question (d)(1) is "Yes," state:

    Type of motion or petition: Rule 32. Petition.

    Name and location of the court where the motion or petition was filed: Houston County Cir.

Court. Dothan Alabama.

    Docket or case number (if you know): CC-02-235-CC-02-236.62.

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

    (3) Did you receive a hearing on your motion or petition?

        Yes ❑  No ☑

    (4) Did you appeal from the denial of your motion or petition?

        Yes ❑  No ❑

    (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

        Yes ❑  No ❑

    (6) If your answer to Question (d)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: _____

_____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Two: _____

_____

_____

_____

**GROUND THREE:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____

_____

_____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

_____

_____

_____

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❑  No ❑

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes ❑  No ❑

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?

    Yes ❑  No ❑

(4) Did you appeal from the denial of your motion or petition?

    Yes ❑  No ❑

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

    Yes ❑  No ❑

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _____

_____

_____

**GROUND FOUR:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____

_____

_____

_____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

_____

_____

_____

_____

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❑  No ❑

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes ❑  No ❑

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?

Yes ❑  No ❑

(4) Did you appeal from the denial of your motion or petition?

Yes ❑  No ❑

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ❑  No ❑

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____
_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____
_____
_____
_____
_____

(e)  **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you
have used to exhaust your state remedies on Ground Four: _____

_____
_____
_____
_____

13.  Please answer these additional questions about the petition you are filing:

(a)  Have all grounds for relief that you have raised in this petition been presented to the highest state court
having jurisdiction?          Yes ❑  No ❑
If your answer is "No," state which grounds have not been so presented and give your reason(s) for not
presenting them: _____

_____
_____
_____

(b) Is there any ground in this petition that has not been presented in some state or federal court?  If so, which
ground or grounds have not been presented, and state your reasons for not presenting them: _____

_____
_____
_____

14.  Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction
that you challenge in this petition?          Yes ❑  No ☑
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues
raised, the date of the court's decision, and the result for each petition, application, or motion filed.  Attach a
copy of any court opinion or order, if available. _____

_____
_____
_____
_____
_____
_____

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?    Yes ☐   No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

_____

_____

_____

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: _Never Received A Preliminary hearing;_____

_____

(b) At arraignment and plea: _Never went to an arraignment;_____

(c) At trial: _Tom Brantley;_____

(d) At sentencing: _Tom. Brantley;_____

(e) On appeal: _Clark Parker, Attorney At Law; 141 N. St. Andrews_
_St. Dothan, Al. 36303._____

(f) In any post-conviction proceeding: _Rule 32 Petition;_____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____

_____

_____

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?          Yes ☐ No ☑

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____

_____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____ _N/A_ _____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?    Yes ☐ No ☐

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain
why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

My final Judgment became final August 13 2005.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d)
provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in
custody pursuant to the judgment of a State court. The limitation period shall run from the latest of —
    (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the
    time for seeking such review;
    (B) the date on which the impediment to filing an application created by State action in violation of the
    Constitution or laws of the United States is removed, if the applicant was prevented from filing by such
    state action;
    (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the
    right has been newly recognized by the Supreme Court and made retroactively applicable to cases on
    collateral review; or
    (D) the date on which the factual predicate of the claim or claims presented could have been discovered
    through the exercise of due diligence.
(2) The time during which a properly filed application for State post-conviction or other collateral review with
respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under
this subsection.

Therefore, petitioner asks that the Court grant the following relief: *that all conviction and sentence be vacated, because Mcleod constitutional Rights was violated by the houston county circuit court; 4th, 5th, 6th, 14th,*

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on *11-15th 2006,*

*11-15th 2005.* _____ (month, date, year).

Executed (signed) on *11-15th-2006,* _____ (date).

*Freeshone C. Mcleod. #229466*
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition. *because the petitioner is slow and do not fully understand the procedure of this action and the consequences thereof;*

* * * * *