| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Watson_ ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) S. Watson   C. Date of Delivery Dec 1, 05 |
| 1. Article Addressed to:<br><br>Warden Arnold Holt<br>Bullock County Correctional Fac<br>P.O. Box 5107<br>Union Springs, Alabama 36089 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7004 2510 0001 0150 4545 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540