IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| FREESHONE C. MCLEOD, #229466, | ) |
| | ) |
| PETITIONER, | ) |
| | ) |
| V. | ) CIVIL ACTION NO. |
| | ) 1:05-CV-1123-F |
| | ) |
| ARNOLD HOLT, et. al., | ) |
| | ) |
| RESPONDENTS. | ) |

## REQUEST FOR ADDITIONAL TIME
## IN WHICH TO RESPOND

Come now Respondents in the above-styled cause and request an additional twenty-one days in which to respond to this Court's Order. I have been involved in other work in the appellate courts, the circuit courts, and the federal district courts; therefore, I have had insufficient time in which to complete the Order.

Wherefore, in consideration of the aforementioned reasons Respondents pray that this Honorable Court grant its request for twenty-one additional days in which to respond.

I am this date, mailing a copy of this request for an extension of time to Petitioner.

        Respectfully submitted,

        Troy King, ASB #KIN047
        *Attorney General*
        By-


        s/Beth Slate Poe
        Beth Slate Poe ID#POE005
        *Assistant Attorney General*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of December, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: <u>Freeshone C. McLeod, AIS #229466, P.O. Box 5107, Union Springs, AL 36089</u>.

        Respectfully submitted,

        s/Beth Slate Poe (POE005)
        Beth Slate Poe (POE005)
        Office of the Attorney General
        Alabama State House
        11 South Union
        Montgomery, AL 36130-0152
        Telephone: (334) 242-7300
        Fax: (334) 242-2848
        E-Mail: bpoe@ago.state.al.us

84997/88232-001