IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FREESHONE C. McLEOD, #229466, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 1:05-CV-1123-F |
| | ) |
| ARNOLD HOLT, et al., | ) |
| | ) |
| Respondents. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the respondents on December 19, 2005 (Court Doc. No. 6), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the respondents be GRANTED an extension from December 19, 2005 to and including January 9, 2006 to file an answer to the petition.

Done this 5th day of January, 2006.

        /s/Charles S. Coody
      CHARLES S. COODY
      CHIEF UNITED STATES MAGISTRATE JUDGE