

# JUDY BYRD

CIRCUIT CLERK
AND
DISTRICT COURT CLERK
HOUSTON COUNTY
DOTHAN, ALABAMA 36302

Elaine Love
Chief Clerk

(334) 677-4858
P.O. Drawer 6406

October 22, 2003

Hon. Jerry M. White
P. O. Drawer 6406
Dothan, Alabama  36303

RE:  CC-02-235, 236
     CR-02 1610

Dear Judge White:

I have received the transcript from the Court Reporter on the above mentioned defendant

I have not completed this transcript due the work load that exist at this time.   I am requesting an additional 14 days to complete and mail this transcript to Court of Criminal Appeals.

Any consideration will be appreciated.

Yours truly,

*Judy Byrd* sw

Judy Byrd, Clerk

JB/sw

The above request for an additional 14 days is granted.

Circuit Judge

STATE OF ALABAMA
JUDICIAL BUILDING, 300 DEXTER AVENUE
P.O. BOX 301555
MONTGOMERY, AL 36130-1555

H. W. "Bucky" McMILLAN
Presiding Judge
SUE BELL COBB
PAMELA W. BASCHAB
GREG SHAW
A. KELLI WISE
Judges

October 22nd, 2003

Lane W. Mann
Clerk
Wanda K. Ivey
Assistant Clerk
(334) 242-4590
FAX (334) 242-4689

RE: CR-02-1610

Freeshone Cornelius McLeod v. State of Alabama (Appeal from Houston Circuit Court:
CC02-235; CC02-236).

    You are hereby notified that the Court of Criminal Appeals acknowledges that the
following action was taken in the above cause by the trial court:

    Additional time is granted to file the record on appeal to and including
11/05/2003.

Lane W. Mann, Clerk
Court of Criminal Appeals

LWM/sm

cc: Honorable Judy Byrd, Circuit Clerk ✓

**FILED**

OCT 24 2003

Judy Byrd
JUDY BYRD, CLERK
HOUSTON CO., AL



# JUDY BYRD

CIRCUIT CLERK
AND
DISTRICT COURT CLERK
HOUSTON COUNTY
DOTHAN, ALABAMA 36302

Elaine Love
Chief Clerk

(334) 677-4858
P.O. Drawer 6406

October 4, 2003

Court of Criminal Appeals
State of Alabama Judicial Building
300 Dexter Ave.
P. O. Box 301555
Montgomery, Alabama  36130-1555

CR-02-1610
CC-02-235 & 235
Freeshon McLeod

Dear Mr. Mann:

    I received the transcript in our office on Freeshon McLeod
I have requested one extension already from the Circuit Judge here
in Houston County, however we have been extremely busy with Circuit
Court, and I have been unable to complete this transcript.  I am
requesting an additional 14 days from Court of Criminal Appeals because
we have a full week scheduled next week and I don't foresee having
this transcript ready.

    If you could see to give me a time extension I could have the
transcript ready and forwarded to you by the next due date.

    I appreciate any consideration you could give me.

                                        Yours truly,

                                        Judy Byrd

                                        Judy Byrd, Clerk

JB/sw


CC:  Hon. Clark Parker

TRANSMISSION VERIFICATION REPORT

99

```
DATE,TIME          11/04 12:56
FAX NO./NAME       92424689
DURATION           00:00:39
PAGE(S)            02
RESULT             OK
MODE               STANDARD
                   ECM
```

COURT OF CRIMINAL APPEALS
STATE OF ALABAMA

JUDICIAL BUILDING, 300 DEXTER AVENUE
P.O. BOX 301555
MONTGOMERY, AL 36130-1555

*H. W. "Bucky" McMILLAN*
Presiding Judge
*SUE BELL COBB*
*PAMELA W. BASCHAB*
*GREG SHAW*
*A. KELLI WISE*
Judges

November 4th, 2003

*Lane W. Mann*
Clerk
*Wanda K. Ivey*
Assistant Clerk
(334) 242-4590
FAX (334) 242-4689

RE: CR-02-1610

Freeshone Cornelius McLeod v. State of Alabama (Appeal from Houston Circuit Court:
CC02-235; CC02-236).

You are hereby notified that the following action was taken in the above cause by the Court of Criminal Appeals:

Additional time is granted to file the record on appeal to and including 11/19/2003.

Lane W. Mann, Clerk
Court of Criminal Appeals

LWM/jg

cc: Honorable Judy Byrd, Circuit Clerk

FILED

NOV  5 20 3

JUDY BYRD, CLERK
HOUSTON CO., AL

CR 02-1610

**DOCUMENT NAME:** McLeod, Freeshone Cornelius

**CLIENT & MATTER:** 54599-001

Part 1 of 9

**DESCRIPTION:**

County: Houston

CC#s: 2002~~235~~ -235+236

Attorney: Beth Poe

Circle:   (TRANSCRIPT)   CASE FILE   BOTH     5 vol.

MMM ✓

## CERTIFICATION

I hereby certify that the preceding imaged records and documents

are a true, accurate, and complete image of the original records or

documents as received by the Office of the Attorney General of

the State of Alabama.

This the 21st day of September, 2004.

Signed: _Melissa A. Martin_

Notary: _Coleen F Gibson_

Coleen F. Gibson
Notary Public
Commission expires 06/11/06

**COURT OF CRIMINAL APPEALS**
STATE OF ALABAMA
JUDICIAL BUILDING, 300 DEXTER AVENUE

*H. W. "Bucky" McMILLAN*
Presiding Judge
*SUE BELL COBB*
*PAMELA W. BASCHAB*
*GREG SHAW*
*A. KELLI WISE*
Judges

**P.O. BOX 301555**
**MONTGOMERY, AL 36130-1555**

November 13th, 2003

*Lane W. Mann*
Clerk
*Wanda K. Ivey*
Assistant Clerk
(334) 242-4590
FAX (334) 242-4689


RE: **CR-02-1610**

Freeshone Cornelius McLeod v. State of Alabama (Appeal from Houston Circuit Court:
CC02-235; CC02-236).


You are hereby notified that the following action was taken in the above cause by
the Court of Criminal Appeals:

The record on appeal has been certified complete. The due date of the brief of
the appellant is December 11th, 2003. Should the parties to this appeal seek any
extensions of time for filing their briefs, the requests for extensions must be made in
accordance with the Court's policy as set out in the informational notice to appellant
that was mailed when this appeal was docketed. If you have any questions regarding this
matter, you should contact the clerk's office.

Lane W. Mann, Clerk
Court of Criminal Appeals

LWM/jg


cc: Honorable Clark Maurice Parker, Attorney, Appellant
     Office of Attorney General


02-1610

{Clerk's printed form}  {Clerk's form}                                              {CIVIL / CRIMINAL}

COURT REPORTER'S INDEX OF TRIAL EXHIBITS — ARAP RULE 11(e)

IN THE CIRCUIT COURT OF __Haston__ — COUNTY

__Dothan__, ALABAMA — COUNTY SEAT

APPELLANT: __Freestone Cornelius McLeod__

VS.                                                          appellant

STATE OF ALABAMA - or -

ACTION (Case)
No. CC-02-235-236
[x] State Criminal
[ ] Civil (Law)
[ ] City Appeal (Crim.)
[ ] Civil (Equity)

                                                             appellee

TO:  (name) __Judy Byrd__ ⊢ OF CIRCUIT COURT OF __Haston__ COUNTY.

FROM: (name) __Carla H Woodall__ COURT REPORTER OF 20TH JUDICIAL CIRCUIT OF ALABAMA

**REPORTER'S INDEX TO EXHIBITS**

The following EXHIBITS were received by the Court Reporter in above Action and same have been properly marked and identified. Where capable said exhibit(s) have been assembled herein (in flat file); where incapable of being assembled herein such exhibit(s) placed in suitable separate container. This Index includes all exhibits (herein assembled or separately housed - or - other, as indicated) and further indicates those offered, admitted or not admitted into evidence, etc...

[NOTE: (√) check appropriate]

| Party | Exhibit No. | BRIEF DESCRIPTION OF EXHIBIT | Admitted Yes No | Iden. Only (√) | With- drawn (√) | Returned By Court To Party (√) | Shipped Returned By Court (√) | In File (√) | In | REMARKS, etc. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Motion to Suppress | | | | | | | | |
| SX | 1 | photo | √ | | | | | | | same in trial |
| SX | 2 | photo | √ | | | | | | | same in trial |
| SX | 3 | photo | √ | | | | | | | same in trial |
| SX | 4 | photo | | √ | | | | | | same in trial |
| SX | 5 | photo | | √ | | | | | | same in trial |
| | | | | | | | | | | |
| | | Trial Exhibits | | | | | | | | |
| SX | 1 | photo | √ | | | | | | | same in suppression |
| SX | 2 | photo | √ | | | | | | | same in suppression |
| SX | 3 | photo | √ | | | | | | | same in suppression |
| SX | 4 | photo | √ | | | | | | | same in suppression |
| SX | 5 | photo | √ | | | | | | | same in suppression |
| SX | 6 | book | √ | | | | | | | same in suppression |
| SX | 7 | rape kit - victim | √ | | | | | | | |
| SX | 8 | photo | √ | | | | | | | |
| SX | 9 | photo | √ | | | | | | | |
| SX | 10 | photo | | | √ | | | | | |
| SX | 11 | photo | √ | | | | | | | |
| SX | 12 | photo | √ | | | | | | | |
| SX | 13 | photo | √ | | | | | | | |
| SX | 14 | photo | | | √ | | | | | |
| SX | 15 | photo | | | √ | | | | | |
| SX | 16 | photo | √ | | | | | | | |
| SX | 17 | photo | √ | | | | | | | |

NOTE: ARAP RULE 11(e)...Reporter shall file all exhibits with trial Court Clerk within 14 days (2 weeks) of date of the Notice of Appeal in Criminal and Civil Actions, assembled in a flat file (not stuck) and if incapable then assembled in a suitable container...with index.

1) ABOVE INDEX RECEIVED & FILED __Oct 15__ 2003 19__
ALL EXHIBITS IN FILE &/OR CONTAINER VERIFIED/OVERIFIED (except as noted)
/S/ __Judy Byrd__
CLERK/REGISTER & - AUTHORIZED ASS'T.
CLERK'S OFC. [ ] — REGISTER'S OFC. [ ]

DATED THIS __15__ DAY OF __Oct__ 2003
__Carla H. Woodall__
COURT REPORTER
20TH JUDICIAL CIRCUIT

[Clerk's printed form]   [Clerk's form]                                    [CIVIL / CRIMINAL]                    102

COURT REPORTER'S INDEX OF TRIAL EXHIBITS — ARAP RULE 11(c)

IN THE CIRCUIT COURT OF ___Houston___ COUNTY
___Dothan___, / ALABAMA - COUNTY SEAT

APPELLANT - Freeshone Cornelius McLeod _____

VS. _____ appellant

STATE OF ALABAMA - or - _____

_____ appellee

TO:   (name) ___Judy Byrd___ ___ OF CIRCUIT COURT OF ___Houston___ COUNTY.

FROM: (name) ___Carla H Woodall___ COURT REPORTER OF ___20TH___ JUDICIAL CIRCUIT OF ALABAMA

ACTION (Case)
No. CC-02-235-236
[✓] State Criminal
[ ] Civil (Law)
[ ] City Appeal (Crim.)
[ ] Civil (Equity)

| REPORTER'S INDEX TO EXHIBITS |

The following EXHIBITS were received by the Court Reporter in above Action and same have been properly marked and identified. Where capable said exhibit(s) have been assembled herein (in flat file); where incapable of being assembled herein such exhibit(s) placed in suitable separate container. This Index includes all exhibits (herein assembled or separately housed - or - other, as indicated) and further indicates these offered, admitted or not admitted into evidence, etc...

[NOTE: (√) check appropriate]

| Party | Exhibit No. | BRIEF DESCRIPTION OF EXHIBIT | (√) Admitted Yes | No | Iden. Only (√) | Withdrawn (√) | Delivered By Court To Party (√) | Original Received By Court (√) | In File (√) | In Sep. Cont. | REMARKS, etc. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SX | 18 | photo | ✓ | | | | | | | | |
| SX | 19 | photo | | | ✓ | | | | | | |
| SX | 20 | photo | ✓ | | | | | | | | |
| SX | 21 | photo | | | ✓ | | | | | | |
| SX | 22 | photo | ✓ | | | | | | | | |
| SX | 23 | photo | ✓ | | | | | | | | |
| SX | 24 | photo | ✓ | | | | | | | | |
| SX | 25 | photo | ✓ | | | | | | | | |
| SX | 26 | diagram | ✓ | | | | | | | | |
| SX | 27 | rape kit · defendant | ✓ | | | | | | | | |
| SX | 28 | clothes | ✓ | | | | | | | | |
| SX | 29 | photo | ✓ | | | | | | | | |
| SX | 30 | photo | ✓ | | | | | | | | |
| SX | 31 | photo | ✓ | | | | | | | | |
| SX | 32 | photo | | | ✓ | | | | | | |
| SX | 33 | photo | ✓ | | | | | | | | |
| SX | 34 | photo | ✓ | | | | | | | | |
| SX | 35 | photo | ✓ | | | | | | | | |
| SX | 36 | photo | ✓ | | | | | | | | |
| SX | 37 | photo | | | ✓ | | | | | | |
| SX | 38 | diagram | ✓ | | | | | | | | |
| SX | 39 | photo | ✓ | | | | | | | | |
| SX | 40 | photo | ✓ | | | | | | | | |
| SX | 41 | photo | ✓ | | | | | | | | |
| SX | 42 | photo | ✓ | | | | | | | | |

NOTE: ARAP RULE 11(c)...Reporter shall file all exhibits with Trial Court Clerk within 14 days (2 weeks) of date of the Notice of Appeal in Criminal and Civil Actions, assembled in a flat file (not stuck) and if incapable then assembled in a suitable container...with index.

1) ABOVE INDEX RECEIVED & FILED ___Oct 15, 2003___
2) EXHIBITS IN FILE &/OR CONTAINER VERIFIED (except as noted)
/s/ ___Judy Byrd___
CLERK/REGISTER - or - AUTHORIZED ASS'T.
CLERK'S OFC. [ ] - REGISTER'S OFC. [ ]

DATED THIS ___15___ DAY OF ___Oct___, ___2003___

___Carla H Woodall___
COURT REPORTER
20TH JUDICIAL CIRCUIT

Page 2 of 3

103

[Clerk's printed form] [Clerk's form]                                      [CIVIL / CRIMINAL]

## COURT REPORTER'S INDEX OF TRIAL EXHIBITS — ARAP RULE 11(e)

IN THE CIRCUIT COURT OF ___Huston___ — COUNTY

_Dothan_ / ALABAMA — COUNTY SEAT

APPELLANT: _Freeshone Cornelius McLeod_

| | | ACTION (Case) |
|---|---|---|
| VS. | appellant | No. CC-02-235-236 |
| STATE OF ALABAMA - or - | | [X] State Criminal |
| | | [ ] Civil (Law) |
| | | [ ] City Appeal (Crim.) |
| | appellee | [ ] Civil (Equity) |

TO: (name) _Judy Byrd_ _____ OF CIRCUIT COURT OF _Huston_ COUNTY.

FROM: (name) _Carla H. Wardall_ COURT REPORTER OF 20TH JUDICIAL CIRCUIT OF ALABAMA

### REPORTER'S INDEX TO EXHIBITS

The following EXHIBITS were received by the Court Reporter in above Action and same have been properly marked and identified. Where capable said exhibit(s) have been assembled herein (in flat file); where incapable of being assembled herein such exhibit(s) placed in suitable separate container. This Index includes all exhibits (herein assembled or separately housed - or - other, as indicated) and further indicates these offered, admitted or not admitted into evidence, etc...:-

[NOTE: (√) check appropriate]

| Party | Exhibit No. | BRIEF DESCRIPTION OF EXHIBIT | (√) Admitted Yes | No | Iden. Only (√) | Withn. drawn (√) | Refused by Court to Party (√) | Retained Received by Court (√) | In File (√) | (√) | REMARKS, etc. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 43 | photo | √ | | | | | | | | |
| | 44 | envelope of fingerprints | √ | | | | | | | | |
| | 45 | fingerprints | √ | | | | | | | | |
| | 46 | cigarette butt | | | √ | | | | | | |
| | 47 | piece of blind | | | √ | | | | | | |
| | 48 | underwear - defendant | | | √ | | | | | | |
| | 49 | radio | | | √ | | | | | | |
| | 50 | shoes - victim | | | √ | | | | | | |
| | 51 | pants + belt | | | √ | | | | | | |
| | 52 | red t-shirt | | | √ | | | | | | |
| | 53 | button-up shirt | | | √ | | | | | | |
| | 54 | mouth swab - defendant | | | √ | | | | | | |
| | 55 | mouth swab - victim | | | √ | | | | | | |
| | 56 | photo | √ | | | | | | | | |
| | 57 | photo | √ | | | | | | | | |
| | 58 | photo | √ | | | | | | | | |
| | 59 | photo | √ | | | | | | | | |
| | 60 | photo | √ | | | | | | √ | | |
| | 61 | photo | √ | | | | | | | | |
| | 62 | photo | √ | | | | | | | | |
| | 63 | photo | √ | | | | | | | | |
| | 64 | photo | | | √ | | | | | | |
| | 65 | photo | √ | | | | | | | | |
| | 66 | photo | √ | | | | | | | | |
| DX 1 | | jury conviction - Dothan Eagle | | | √ | | | | | | |

NOTE: ARAP RULE 11(c)... Reporter shall file all exhibits with trial Court Clerk within 14 days (2 weeks) of date of the Notice of Appeal in Criminal and Civil Actions, assembled in a flat file (not stuck) and if incapable then assembled in a suitable container... with index.

| 1) ABOVE INDEX RECEIVED & FILED _Oct 15 2003_ | DATED THIS _15_ DAY OF _Oct_ 2003 |
|---|---|
| 2) EXHIBITS IN FILE &/OR CONTAINER VERIFIED (except as noted) | |
| /s/ _Judy Byrd_ | /s/ _Carla H. Wardall_ |
| CLERK - REGISTER - or - AUTHORIZED ASS'T. | COURT REPORTER |
| CLERK'S OFC. [ ] — REGISTER'S OFC. [ ] | 20TH JUDICIAL CIRCUIT |

STATE'S EXHIBIT NUMBER 1

012790329



photo of Jonteria Jones

1 of 3                                    3851

STATE'S EXHIBIT NUMBER 2

012790329



crime scene with Jonteria Jones

2 of 3                                    3851

STATE'S EXHIBIT NUMBER 3

105



Of2790329

Photo of Jonteria Jones

3 of 3                                3851

STATE'S EXHIBIT NUMBER 5

STATE'S
EXHIBIT

5



76 Depot St
Gordon, AL

Drag marks in the dirt
orientation

STATE'S EXHIBIT NUMBER 6

CERTIFICATUIB OF EVIDENCE


    I, Judy Byrd, Clerk of the Circuit Court of Houston County, Alabama
do hereby certify that State's Exhibit Nubmer 6 is of such size and bulk
( Wok ) that it is incapable of being included in the transcript, but
will be forwarded to Court of Criminal Appeals if requested by the Court.

Judy Byrd, Clerk

STATE'S EXHIBIT NUMBER 7

CERTIFICATION OF EVIDENCE

    I, Judy Byrd, Clerk of the Circuit Court of Houston County, Alabama do hereby certify that State's Exhibit Number 7 is of such size and bulk ( Rape Kit ) that it is incapable of being included in the transcript but will be forwarded to Court of Criminal Appeals if requested by teh Court.

*Judy Byrd*
Judy Byrd, Clerk

STATE'S EXHIBIT NUMBER 8

111



STATE'S
EXHIBIT

8

112

STATE'S EXHIBIT NUMBER 9





STATE'S EXHIBIT NUMBER 11



STATE'S
EXHIBIT

11

Chipped tooth
Bruised gum

Jonteria Jones

STATE'S EXHIBIT NUMBER 12



Jontevia Jones

ICU
Southeast
Alabama
Medical
Center

10-6-01

STATE'S
EXHIBIT

12

STATE'S EXHIBIT NUMBER 13



Jontieria Jones

Closeup
Contusions +
Bruises to
Right side of
Face + Right eye
10-6-01

STATE'S
EXHIBIT
13

STATE'S EXHIBIT NUMBER 16





STATE'S
EXHIBIT

16

STATE'S EXHIBIT NUMBER 17



Bruising to vaginal
① side vaginal opening

Jonterio Jones rape examination
10-6-01

STATE'S
EXHIBIT

17

STATE'S EXHIBIT NUMBER 18



STATE'S
EXHIBIT

18

126

STATE'S EXHIBIT NUMBER 20





STATE'S EXHIBIT NUMBER 22





130

STATE'S EXHIBIT NUMBER 23

131



STATE'S
EXHIBIT

23

132

STATE'S EXHIBIT NUMBER 24



10-7-01        Freeshone McLeod
               (R) hand injuries
               Red and swollen knuckle middle finger
               Avulsion type cut to middle finger
               Red and swollen knuckle index finger



STATE'S
EXHIBIT

24

STATE'S EXHIBIT NUMBER 25

**STATE'S EXHIBIT**

25



10-7-01    Freeshone McLeod's
®  hand injuries
Red and swollen Knuckle middle finger
Avulsion type cut to middle finger
Red and swollen Knuckle index finger

136

STATE'S EXHIBIT NUMBER 26

CERTIFICATION OF EVIDENCE

    I, Judy Byrd, Clerk of the Circuit Court of Houston County, Alabama do hereby certify that State's Exhibit Number 26 is of such size and bulk ( Diagram ) that it is incapable of being included in the transcript, but will be forwarded to Court of Criminal Appeals if requested by the Court.

                                                          Judy Byrd, Clerk

137

STATE'S EXHIBIT NUMBER 27

CERTIFICATION OF EVIDENCE

I, Judy Byrd, Clerk of the Circuit Court of Houston County, Alabama
do hereby certify that State's Exhibit Number 27 is of such size and bulk
( Rape Kit ) that it is incapable of being included in the transcript but
will be forwarded to Court of Criminal Appeals if requested by the Court.

_Judy Byrd_

Judy Byrd, Clerk

138

STATE'S EXHIBIT NUMBER 28

CERTIFICATION OF EVIDENCE


    I, Judy Byrd, Clerk of the Circuit Court of Houston County, Alabama
do hereby certify that State's Exhibit Number 28 is of such size and bulk
( Cloths ) that it is incapable of being included in teh transcript but
will be forwarded to Court of Criminal Appeals if requested by the Court.

                                       Judy Byrd, Clerk

STATE'S EXHIBIT NUMBER 29

140

STATE'S
EXHIBIT

29

Victim found in wooded area
between 76 and 80 Depot St., Gordon, AL



80 Depot St.
VAcANt mobile home
owned by
ShawNA Wesley

76 Depot St.
GORDON, AL
Crime Scene
locAtioN of
rApe + AssAult
Residence of
Freeshone McLeod
AND
DiNetheA JoNes

141

STATE'S EXHIBIT NUMBER 30



STATE'S
EXHIBIT
30

10-6-01  Drag Marks in dirt
outside 76 Depot St between
front porch And wooded AreA

143

STATE'S EXHIBIT NUMBER 31





STATE'S
EXHIBIT

31

145

STATE'S EXHIBIT NUMBER 33

STATE'S
EXHIBIT

33

147

STATE'S EXHIBIT NUMBER 34



STATE'S EXHIBIT NUMBER 35



STATE'S
EXHIBIT
35

STATE'S EXHIBIT NUMBER 37



STATE'S
EXHIBIT

37

153

STATE'S EXHIBIT NUMBER 38

From The Front pounch To path   27 FT
From Path To Woods   80 FT
From Wood To Victim   23 FT

STATE'S
EXHIBIT

38





STATE'S EXHIBIT NUMBER 39

158

STATE'S
EXHIBIT
34

STATE'S EXHIBIT NUMBER 40

STATE'S
EXHIBIT
40

STATE'S EXHIBIT NUMBER 41



STATE'S
EXHIBIT

STATE'S EXHIBIT NUMBER 42

STATE'S
EXHIBIT
4/2

STATE'S EXHIBIT NUMBER 43



43



STATE'S EXHIBIT NUMBER 44

CERTIFICATION OF EVIDENCE

    I, Judy Byrd, Clerk of the Circuit Court of Houston County, Alabama do hereby certify that State's Exhibit Number 44 is of such size and bulk ( Envelope with Finger Prints ) that it is incapable of being included in the Transcript, but will be forwarded to Court of Criminal Appeals if requested by the Court.

*Judy Byrd*
_____
Judy Byrd, Clerk

STATE'S EXHIBIT NUMBER 45

CERTIFICATION OF EVIDENCE


I, Judy Byrd, Clerk of the Circuit Court of Houston County, Alabama do hereby certify that State's Exhibit Number 45 is of such size and bulk ( Fingerprints ) that it is incapable of being included in the transcript but will be forwarded to Court of Criminal Appeals if requested by the Court.

Judy Byrd, Clerk

STATE'S EXHIBIT NUMBER 56



170

STATE'S EXHIBIT NUMBER 57





STATE'S EXHIBIT

STATE'S EXHIBIT NUMBER 58

STATE'S
EXHIBIT

58



STATE'S EXHIBIT NUMBER 59

STATE'S
EXHIBIT
39

STATE'S EXHIBIT NUMBER 60

STATE'S
EXHIBIT
60



STATE'S EXHIBIT NUMBER 61

STATE'S
EXHIBIT

61



STATE'S EXHIBIT NUMBER 62





181

STATE'S EXHIBIT NUMBER 63



**STATE'S EXHIBIT**

63

STATE'S EXHIBIT NUMBER 65



STATE'S
EXHIBIT

185

STATE'S EXHIBIT NUMBER 66

186





| State of Alabama<br>Unified Judicial System<br>Form ARAP- 1C        8/91 | REPORTER'S TRANSCRIPT ORDER -- CRIMINAL<br>See Rules 10(c) and 11(b) of the<br>Alabama Rules of Appellate Procedure (A.R.App.P.) | Criminal Appeal Number<br><br>_____ - _____ |

TO BE COMPLETED BY COUNSEL FOR THE APPELLANT OR BY THE APPELLANT IF NOT REPRESENTED AND FILED WITH THE WRITTEN NOTICE OF APPEAL OR FILED WITHIN 7 DAYS AFTER ORAL NOTICE OF APPEAL IS GIVEN.

☒ CIRCUIT COURT  ☐ DISTRICT COURT  ☐ JUVENILE COURT OF _____ HOUSTON _____ COUNTY

___ FREESHONE CORNELIUS MCLEOD ___, Appellant

v.  ☒ STATE OF ALABAMA  ☐ MUNICIPALITY OF _____

| Case Number<br>CC-2002 000235/CC-2002 000236 | Date of Judgment/Sentence/Order<br>5/28/03 |
| Date of Notice of Appeal<br>Oral: 5/28/03        Written: | Indigent Status Granted:<br>☒ Yes   ☐ No |

**PART 1. TO BE SIGNED IF THE APPEAL WILL NOT HAVE A COURT REPORTER'S TRANSCRIPT:**

I CERTIFY THAT NO REPORTER'S TRANSCRIPT IS EXPECTED AND THAT THE RECORD ON APPEAL SHALL CONSIST OF THE CLERK'S RECORD ONLY. IF THE APPEAL IS FROM DISTRICT COURT OR JUVENILE COURT, I ALSO CERTIFY (1) THAT A STIPULATION OF FACTS WILL BE INCLUDED IN THE CLERK'S RECORD AND THAT THE APPELLANT WAIVES HIS RIGHT TO A JURY TRIAL IF SO ENTITLED; OR (2) THAT THE PARTIES HAVE STIPULATED THAT ONLY QUESTIONS OF LAW ARE INVOLVED AND THAT THE QUESTIONS WILL BE CERTIFIED BY THE JUVENILE/DISTRICT COURT FOR INCLUSION IN THE CLERK'S RECORD (SEE RULE 28(A)(1), ALABAMA RULES OF JUVENILE PROCEDURE, AND §12-12-72, CODE OF ALABAMA 1975).

| Signature | Date | Print or Type Name |

**PART 2. DESIGNATION OF PROCEEDINGS TO BE TRANSCRIBED.** Request is hereby made to the court reporter(s) indicated below for a transcript of the following proceedings in the above referenced case (see Rule 10(c)(2), Alabama Rules of Appellate Procedure (A.R.App.P.)):

**MARK PROCEEDINGS REQUESTED:**                                        **COURT REPORTER(S)**

A. ☒ TRIAL PROCEEDINGS - Although this designation will include the judgment and sentence proceedings, a transcript of the organization of the jury and arguments of counsel must be designated separately.

Carla Woodall
C/O Hon. Larry Anderson
Dothan, AL 36302

B. ☒ ORGANIZATION OF THE JURY - This designation will include voir dire examination and challenges for cause. Note that in noncapital cases the voir dire of the jury will not be recorded unless the trial judge so directs. (See Rule 19.4, ARCrP.)

Deborah C. Vann
C/O Hon. Denny Holloway
Dothan, AL 36302

C. ☒ ARGUMENTS OF COUNSEL - Note that in noncapital cases the arguments of counsel will not be recorded unless the trial judge so directs. (See Rule 19.4, ARCrP.)

IN ADDITION TO ANY PROCEEDINGS DESIGNATED ABOVE, SPECIAL REQUEST IS HEREBY MADE TO INCLUDE THE FOLLOWING PROCEEDINGS IN THE REPORTER'S TRANSCRIPT PORTION OF THE RECORD ON APPEAL. (ATTACH ADDITIONAL PAGES IF NECESSARY):

**ADDITIONAL PROCEEDINGS REQUESTED**                DATE        **COURT REPORTER(S)**

D. _____

E. _____

F. _____

G. _____

FILED
JUN 6 2003
Judy Byrd
JUDY BYRD, CLERK
HOUSTON

**IMPORTANT NOTICE:** The court reporter who reported the proceedings for which a transcript is requested must be identified on this form to be effective. Additionally, it is important to note that the appellant may not be permitted to raise any issue on appeal relating to any proceedings in the case that are not specifically designated on this form for inclusion in the reporter's transcript. A general designation such as "all proceedings" is not sufficient. (See Rule 10(c)(2), A.R.App.P.)

**PART 3. MUST BE SIGNED IF THE APPEAL WILL HAVE A COURT REPORTER'S TRANSCRIPT:**

I CERTIFY THAT I HAVE DISTRIBUTED THIS FORM AS SET OUT BELOW. I ALSO CERTIFY (1) THAT I HAVE MADE SATISFACTORY FINANCIAL ARRANGEMENTS WITH EACH COURT REPORTER LISTED ABOVE FOR PREPARING HIS OR HER PORTION OF THE REPORTER'S TRANSCRIPT HEREIN REQUESTED; OR (2) THAT THE APPELLANT PROCEEDED AT TRIAL AS AN INDIGENT AND THAT STATUS HAS NOT BEEN REVOKED; OR, (3) THAT THE APPELLANT HAS BEEN GIVEN PERMISSION TO PROCEED ON APPEAL IN FORMA PAUPERIS.

| Clark M Parker | 6/6/03 | Clark M. Parker Attorney |
| Signature | Date | Print or Type Name |

**DISTRIBUTION:** Original filed with Clerk of Trial Court and copies mailed to:  (1) Clerk of the Court of Criminal Appeals.  (2) the District Attorney. (3) the Attorney General or the municipal prosecutor in lieu of the District Attorney and the Attorney General if the appeal is from municipal conviction  and (4) to each Court Reporter who reported proceedings designated for inclusion in the reporter's transcript.

2

1        IN THE CIRCUIT COURT OF HOUSTON COUNTY

2                 STATE OF ALABAMA

3

4    STATE OF ALABAMA,           *
                                 *
5    v.                          *    Case No. CC-02-235-236
                                 *
6    FREESHONE MCLEOD,           *
                                 *
7              Defendant.        *

8

9

10

11        REPORTER'S OFFICIAL TRANSCRIPT ON APPEAL

12

13

14

15   Before:

16         The Honorable Brad Mendheim and jury

17                  April 7, 2003

18

19

20

21

22

23

24

25   Carla H. Woodall
     Court Reporter

1                             APPEARANCES

2

3     For the State:        Douglas Albert Valeska, Esquire
                            District Attorney
4
                            Gary C. Maxwell, Esquire
5                           Chief Assistant District Attorney

6                           Denise Bates, Esquire
                            Assistant District Attorney
7

8     For the Defendant:    Thomas K. Brantley, Esquire
                            Dothan, Alabama
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

I N D E X

State of Alabama  v.  Freeshone McLeod
Case Nos. CC-02-235-236

|                                        | PAGE |
|----------------------------------------|------|
| REPORTER'S TRANSCRIPT ORDER            | 1    |
| TITLE PAGE                             | 2    |
| APPEARANCES                            | 3    |
| INDEX                                  | 4    |
| INDEX OF MOTION TO SUPPRESS EXHIBITS   | 11   |
| INDEX OF STATE'S TRIAL EXHIBITS        | 12   |
| INDEX OF DEFENDANT'S TRIAL EXHIBITS    | 15   |
| MOTION TO SUPPRESS                     | 16   |

MOTION TO SUPPRESS HEARING

STATE'S TESTAMENTARY EVIDENCE

WITNESSES:

ADAM ROBINSON

|                                           |    |
|-------------------------------------------|----|
| Direct Examination by Mr. Valeska         | 16 |
| Cross Examination by Mr. Brantley         | 38 |
| Redirect Examination by Mr. Valeska       | 42 |
| Recross Examination by Mr. Brantley       | 43 |
| STATE RESTS                               | 44 |
| RULING BY THE COURT                       | 44 |

TRIAL

| COLLOQUY                    | 45 |
|-----------------------------|----|
| ROLL OF JURY VENIRE CALLED  | 46 |
| JURY VENIRE SWORN           | 47 |

I N D E X  (Continued)

| | |
|---|---|
| COLLOQUY | 47 |
| VOIR DIRE BY THE COURT | 47 |
| VOIR DIRE BY MR. VALESKA | 52 |
| COLLOQUY | 52 |
| VOIR DIRE CONTINUED BY MR. VALESKA | 52 |
| VOIR DIRE BY MR. BRANTLEY | 53 |
| INDIVIDUAL VOIR DIRE | 53 |
| STRIKES FOR CAUSE | 61 |
| INDIVIDUAL VOIR DIRE | 68 |
| COLLOQUY | 77 |
| JURY STRUCK | 78 |
| JURY IMPANELED | 79 |
| ROLL OF JURY CALLED | 79 |
| COLLOQUY | 79 |
| JURY VENIRE EXCUSED | 80 |
| JURY SWORN | 80 |
| COLLOQUY | 80 |
| OPENING STATEMENTS BY MR. VALESKA | 84 |
| OPENING STATEMENTS WAIVED BY MR. BRANTLEY | 84 |

STATE'S TESTAMENTARY EVIDENCE

WITNESSES:

TYLENA WESLEY

1

I N D E X   (Continued)

2

3        Direct Examination by Mr. Valeska          84
         Voir Dire by Mr. Brantley                  92
4        Direct Examination Continued
             by Mr. Valeska                         94
5        Cross Examination by Mr. Brantley         115
         Redirect Examination by Mr. Valeska       118
6        Recross Examination by Mr. Brantley       121

7

     MELISSA ANN LEE
8
         Direct Examination by Mr. Valeska         124
9        Cross Examination by Mr. Brantley         154

10

     JONAS SALNA
11
         Direct Examination by Mr. Valeska         167
12       Cross Examination by Mr. Brantley         228
         Redirect Examination by Mr. Valeska       241
13       Recross Examination by Mr. Brantley       247
         Further Redirect Examination
14           by Mr. Valeska                        252

15   COLLOQUY                                       252

16   PROCEEDINGS FOR APRIL 7, 2003 ENDED            255

17   TITLE PAGE                                     256

18   PROCEEDINGS FOR APRIL 8, 2003 BEGAN            257

19   COLLOQUY                                       257

20
         STATE'S TESTAMENTARY EVIDENCE CONTINUED
21
     WITNESSES:
22
         MOSE MCGRIFF
23
         Direct Examination by Mr. Valeska         258
24       Cross Examination by Mr. Brantley         274
         Redirect Examination by Mr. Valeska       288
25       Recross Examination by Mr. Brantley       295

1

2

3

## I N D E X   (Continued)

4

**JONTERIA JONES**

Direct Examination by Mr. Valeska                    298
Voir Dire by Mr. Brantley                            302
Direct Examination Continued
   by Mr. Valeska                                    304
Cross Examination by Mr. Brantley                    310
Redirect Examination by Mr. Valeska                  313
Recross Examination by Mr. Brantley                  314
Further Redirect Examination
   by Mr. Valeska                                    315
Further Recross Examination
   by Mr. Brantley                                   317
Further Redirect Examination
   by Mr. Valeska                                    319
Further Recross Examination
   by Mr. Brantley                                   319


**ROBERT HEAD**

Direct Examination by Mr. Valeska                    320
Voir Dire Examination by Mr. Brantley                323
Direct Examination Continued
   by Mr. Valeska                                    326
Cross Examination by Mr. Brantley                    336
Redirect Examination by Mr. Valeska                  344
Recross Examination by Mr. Brantley                  345
Further Redirect Examination
   by Mr. Valeska                                    345
Further Recross Examination
   by Mr. Brantley                                   346


**DINTHEA JONES**

Direct Examination by Mr. Valeska                    347
Cross Examination by Mr. Brantley                    376
Redirect Examination by Mr. Valeska                  418
Recross Examination by Mr. Brantley                  422
Further Redirect Examination
   by Mr. Valeska                                    425
Further Recross Examination
   by Mr. Brantley                                   426

1

I N D E X   (Continued)

2

3      DONALD VALENZA

4          Direct Examination by Mr. Valeska        427
           Cross Examination by Mr. Brantley        440
5
       KRIS ROCCO
6
           Direct Examination by Mr. Valeska        446
7
       PETER MACCHIA
8
           Direct Examination by Mr. Valeska        453
9          Cross Examination by Mr. Brantley        496
           Redirect Examination by Mr. Valeska      502
10         Recross Examination by Mr. Brantley      506
           Further Redirect Examination
11            by Mr. Valeska                         512

12     COLLOQUY                                      513

13     PROCEEDINGS FOR APRIL 8, 2003 ENDED           514

14     TITLE PAGE                                    515

15     PROCEEDINGS FOR APRIL 9, 2003 BEGAN           516

16           STATE'S TESTAMENTARY EVIDENCE CONTINUED

17     WITNESSES:

18         KEITH COOK

19             Direct Examination by Mr. Valeska        516
               Voir Dire by Mr. Brantley                524
20             Direct Examination Continued
                  by Mr. Valeska                         545
21             Cross Examination by Mr. Brantley         558
               Redirect Examination by Mr. Valeska       564
22
           SHANNON FITZGERALD
23
               Direct Examination by Mr. Valeska        567
24             Cross Examination by Mr. Brantley        587
               Redirect Examination by Mr. Valeska      588
25             Recross Examination by Mr. Brantley      589

I N D E X  (Continued)


Further Redirect Examination
   by Mr. Valeska                                    589
Further Recross Examination
   by Mr. Brantley                                   590

CHARGE CONFERENCE                                    591

STATE'S TESTAMENTARY EVIDENCE CONTINUED

WITNESSES:

   MARY WESLEY

      Direct Examination by Mr. Valeska             593
      Cross Examination by Mr. Brantley             596
      Redirect Examination by Mr. Valeska           596
      Recross Examination by Mr. Brantley           597

   ADAM ROBINSON

      Direct Examination by Mr. Valeska             598

   MARY WESLEY (Recalled)

      Direct Examination by Mr. Valeska             609
      Cross Examination by Mr. Brantley             609
      Redirect Examination by Mr. Valeska           609

STATE RESTS                                          610

CHARGE CONFERENCE                                    610

MOTION FOR JUDGEMENT OF ACQUITTAL IN CC-02-235       611

RULING BY THE COURT                                  612

MOTION FOR JUDGEMENT OF ACQUITTAL IN CC-02-236       613

RULING BY THE COURT                                  614

COLLOQUY                                             614

CLOSING ARGUMENTS BY MR. VALESKA                     618

CLOSING ARGUMENTS BY MR. BRANTLEY                    618

# I N D E X  (Continued)

1

2

3   COLLOQUY                                           618

4   CLOSING ARGUMENTS CONTINUED BY MR. BRANTLEY        618

5   OBJECTION BY MR. VALESKA                           618

6   CLOSING ARGUMENTS CONTINUED BY MR. BRANTLEY        619

7   OBJECTION BY MR. VALESKA                           619

8   COLLOQUY                                           620

9   CLOSING ARGUMENTS CONTINUED BY MR. BRANTLEY        622

10  REBUTTAL ARGUMENTS BY MR. VALESKA                  622

11  JURY CHARGE                                        622

12  ALTERNATE EXCUSED                                  638

13  JURY DELIBERATIONS                                 638

14  VERDICTS                                           639

15  JURY POLLED                                        639

16  JURY EXCUSED                                       640

17  SENTENCING DATE SET                                641

18  BOND                                               641

19  REPORTER'S CERTIFICATE                             644

20  CERTIFICATE OF COMPLETION                          646

21

22

23

24

25

1

2

## MOTION TO SUPPRESS
## INDEX OF STATE'S EXHIBITS

| EXHIBIT NO. | PAGE MARKED | PAGE ADMITTED | PAGE DENIED | PAGE WITHDRAWN |
|---|---|---|---|---|
| State's 1 | 20 | 23 | | |
| State's 2 | 20 | 23 | | |
| State's 3 | 20 | 24 | | |
| State's 4 | 20 | | | |
| State's 5 | 20 | | | |

* There were no exhibits for the Defense. *

## INDEX OF STATE'S TRIAL EXHIBITS

| EXHIBIT NO. | PAGE MARKED | PAGE ADMITTED | PAGE DENIED | PAGE WITHDRAWN |
|---|---|---|---|---|
| State's 1 | 78 | 148 | | |
| State's 2 | 78 | 148 | | |
| State's 3 | 78 | 148 | | |
| State's 4 | 78 | | | |
| State's 5 | 78 | 293 | | |
| State's 6 | 192 | 587 | | |
| State's 7 | 201 | 258 | | |
| State's 8 | 203 | 220 | | |
| State's 9 | 203 | 219 | | |
| State's 10 | 203 | | | 219 |
| State's 11 | 203 | 218 | | |
| State's 12 | 203 | 217 | | |
| State's 13 | 203 | 216 | | |
| State's 14 | 203 | | | 214 |
| State's 15 | 203 | | | 213 |
| State's 16 | 203 | 213 | | |
| State's 17 | 203 | 210 | | |
| State's 18 | 203 | 212 | | |
| State's 19 | 203 | | | |
| State's 20 | 203 | 208 | | |
| State's 21 | 203 | | | |
| State's 22 | 203 | 206 | | |

INDEX OF STATE'S TRIAL EXHIBITS CONTINUED

| | | | |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | State's 23 | 203 | |
| 4 | State's 24 | 220 | 544 |
| 5 | State's 25 | 220 | 544 |
| 6 | State's 26 | 227 | 243 |
| 7 | State's 27 | 254 | |
| 8 | State's 28 | 273 | 347 |
| 9 | State's 29 | 293 | 294 |
| 10 | State's 30 | 293 | 295 |
| 11 | State's 31 | 360 | 361 |
| 12 | State's 32 | 362 | |
| 13 | State's 33 | 362 | 534 |
| 14 | State's 34 | 362 | 373 |
| 15 | State's 35 | 362 | 367 |
| 16 | State's 36 | 362 | |
| 17 | State's 37 | 362 | 566 |
| 18 | State's 38 | 362 | 363 |
| 19 | State's 39 | 362 | 368 |
| 20 | State's 40 | 362 | 372 |
| 21 | State's 41 | 362 | 527 |
| 22 | State's 42 | 362 | 529 |
| 23 | State's 43 | 419 | 419 |
| 24 | State's 44 | 427 | 598 |
| 25 | State's 45 | 427 | 435 |

## INDEX OF STATE'S TRIAL EXHIBITS CONTINUED

| | | |
|---|---|---|
| State's 46 | 451 | |
| State's 47 | 496 | |
| State's 48 | 496 | |
| State's 49 | 496 | |
| State's 50 | 496 | |
| State's 51 | 496 | |
| State's 52 | 496 | |
| State's 53 | 496 | |
| State's 54 | 496 | |
| State's 55 | 496 | |
| State's 56 | 538 | 539 |
| State's 57 | 544 | 547 |
| State's 58 | 544 | 548 |
| State's 59 | 544 | 547 |
| State's 60 | 544 | 547 |
| State's 61 | 544 | 547 |
| State's 62 | 544 | 547 |
| State's 63 | 544 | 547 |
| State's 64 | 544 | |
| State's 65 | 544 | 550 |
| State's 66 | 544 | 550 |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

INDEX OF DEFENDANT'S TRIAL EXHIBITS

| EXHIBIT NO. | PAGE MARKED | PAGE ADMITTED | PAGE DENIED | PAGE WITHDRAWN |
|---|---|---|---|---|
| Defendant's 1 | 394 | | 400 | |

CR 02-1610

**DOCUMENT NAME:** McLeod, Freeshone Cornelius

**CLIENT & MATTER:** 54599-001

Part 2 of 9

**DESCRIPTION:**

County: Houston

CC#s: 2002~~235~~ -235+236

Attorney: Beth Poe

Circle:  (TRANSCRIPT)   CASE FILE   BOTH        5 vol.

---

## CERTIFICATION

I hereby certify that the preceding imaged records and documents

are a true, accurate, and complete image of the original records or

documents as received by the Office of the Attorney General of

the State of Alabama.

This the 21st day of September, 2004.

Signed: _Melisa C. Martin_

Notary: _Coleen F Gibson_

Coleen F. Gibson
Notary Public
Commission expires 06/11/06