## CONCLUSION

Based on the foregoing, this petition is due to be denied and dismissed with prejudice.

## EXHIBIT LIST

A. Copy of the record on direct appeal. CR-02-1610; CC-02-235 and 236.

B. Copy of McLeod's brief on direct appeal. CR-02-1610; CC-02-235 and 236.

C. Copy of the State's brief on direct appeal. CR-02-1610; CC-02-235 and 236

D. Copy of Court of Criminal Appeals's written memorandum opinion issued on March 19, 2004 affirming McLeod's conviction and sentence. CR-02-1610; CC-02-235 and 236

E. Copy of McLeod's application for rehearing. CR-02-1610; CC-02-235 and 236

F. Copy of Court of Criminal Appeals's notice of denial of application for rehearing. CR-02-1610; CC-02-235 and 236

G. Copy of McLeod's petition for writ of certiorari and brief. S. Ct. No. 10311189; CR-02-1610; CC-02-235 and 236.

H. Copy of Supreme Court of Alabama's order denying the petition for writ of certiorari. S. Ct. No. 10311189; CR-02-1610; CC-02-235 and 236.

I. Copy of certificate of judgment. S. Ct. No. 10311189; CR-02-1610; CC-02-235 and 236.

J.  Copy of the Rule 32 record in McLeod's Rule 32 proceeding. CR-04-1304; CC-02-235.60.

K.  Copy of McLeod's pro se brief on appeal in his Rule 32 proceeding. CR-04-1304; CC-02-235.60.

L.  Copy of the State's brief in the Rule 32 proceeding. CR-04-1304; CC-02-235.60.

M.  Copy of the Court of Criminal Appeals memorandum opinion issued on August 14, 2005. CR-04-1304; CC-02-235.60.

Respectfully submitted,

Troy King, ASB #KIN047
*Attorney General*
By-

*Beth Slate Poe*
Beth Slate Poe ID#POE005
*Assistant Attorney General*

8