# COURT OF CRIMINAL APPEALS
## STATE OF ALABAMA



Lane W. Mann
  Clerk
Wanda K. Ivey
  Assistant Clerk

P. O. Box 301555
Montgomery, AL 36130-1555
(334) 242-4590
Fax (334) 242-4689

April 16, 2004

**CR-02-1610**

Freeshone Cornelius McLeod v. State of Alabama  (Appeal from Houston Circuit Court: CC02-235; CC02-236).

## NOTICE

You are hereby notified that on April 16, 2004 the following action was taken in the above referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

**Lane W. Mann, Clerk**
**Court of Criminal Appeals**

cc: Hon. Judy Byrd, Circuit Clerk
    Clark Maurice Parker, Attorney
    Beth Slate Poe, Asst. Atty. Gen.



EXHIBIT F