*Poe*
*54599*

# IN THE SUPREME COURT OF ALABAMA



August 13, 2004

**1031189**

Ex parte Freeshone Cornelius McLeod.  PETITION FOR WRIT OF CERTIORARI TO THE COURT OF CRIMINAL APPEALS  (In re: Freeshone Cornelius McLeod v. State of Alabama)   (Houston Circuit Court: CC02-235; CC02-236; Criminal Appeals : CR-02-1610).

## CERTIFICATE OF JUDGMENT

### Writ Denied

The above cause having been duly submitted, IT IS CONSIDERED AND ORDERED that the petition for writ of certiorari is denied.

**Writ Denied - No Opinion**

WOODALL, J. - Houston, Lyons, Johnstone, and Harwood, JJ., concur.

I Robert G. Esdale, Sr., as Clerk of the Supreme Court of Alabama, do hereby certify that the foregoing is a full, true and correct copy of the instrument(s) herewith set out as same appear(s) of record in said Court.

Witness my hand this _13th_ day of ___August,___ _2004_

Clerk, Supreme Court of Alabama

EXHIBIT

H

PENGAD 800-631-6989

/bb