# THE STATE OF ALABAMA - - JUDICIAL DEPARTMENT
## THE ALABAMA COURT OF CRIMINAL APPEALS

*Poe*
*54599*

**CR-02-1610**

Freeshone Cornelius McLeod v. State of Alabama  (Appeal from Houston  Circuit Court:
CC02-235; CC02-236)

## CERTIFICATE OF JUDGMENT

WHEREAS, the appeal in the above referenced cause has been duly submitted and
considered by the Court of Criminal Appeals; and

WHEREAS, the judgment indicated below was entered in this cause on March 19th
2004:

### Affirmed by Memorandum.

NOW, THEREFORE, pursuant to Rule 41 of the Alabama Rules of Appellate
Procedure, it is hereby certified that the aforesaid judgment is final.

**Witness. Lane W. Mann, Clerk
Court of Criminal Appeals, on this
the 13th day of August, 2004.**

**Clerk
Court of Criminal Appeals
State of Alabama**

cc: Hon. Jerry White, Special TC Judge
Hon. Judy Byrd, Circuit Clerk
Clark Maurice Parker, Attorney
Beth Slate Poe, Asst. Atty. Gen.



EXHIBIT

PENGAD 800-631-6989