IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| FREESHONE C. MCLEOD, #229466, | ) |
| | ) |
| PETITIONER, | ) |
| | ) |
| V. | ) CIVIL ACTION NO. |
| | ) 1:05-CV-1123-F |
| | ) |
| ARNOLD HOLT, et al., | ) |
| | ) |
| RESPONDENTS. | ) |

**REQUEST FOR TIME IN WHICH TO RESPOND**

Come now Respondents in the above-styled cause and requests twenty-one days in which to respond to this Court's Order. I have been involved in other work in the appellate courts, the circuit courts, and the federal district courts; therefore, I have had insufficient time in which to complete the Order.

Wherefore, in consideration of the aforementioned reasons Respondents pray that this Honorable Court grant its request for twenty-one days in which to respond.

I am this date, mailing a copy of this request for an extension of time to Petitioner.

                Respectfully submitted,

                Troy King, ASB #KIN047
                *Attorney General*
                By-

                <u>s/Beth Slate Poe</u>
                Beth Slate Poe ID#POE005
                *Assistant Attorney General*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of February, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: Freeshone C. McLeod, #229466, P. O. Box 5107, Union Springs, AL 36089.

                                            Respectfully submitted,

                                            s/Beth Slate Poe (POE005)
                                            Beth Slate Poe (POE005)
                                            Office of the Attorney General
                                            Alabama State House
                                            11 South Union
                                            Montgomery, AL  36130-0152
                                            Telephone:  (334) 242-7300
                                            Fax:  (334) 242-2848
                                            E-Mail:  bpoe@ago.state.al.us

101719/88232-001