IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| FREESHONE C. McLEOD, #229466, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 1:05-CV-1123-MEF |
| ) | |
| ARNOLD HOLT, et al., ) | |
| ) | |
| Respondents. ) | |

**ORDER**

Upon review of the answer to amended claims filed by the respondents on March 16, 2006 (Court Doc. No. 15), and as this answer fails to address each of the issues identified in the order entered on February 3, 2006, it is

ORDERED that or before March 31, 2006 the respondents shall file a supplemental answer which addresses (i) McLeod's assertion that both trial and appellate counsel provided ineffective assistance because they failed to challenge the lack of proper *Miranda* warnings and the invalid arrest warrant throughout the state court proceedings, and (ii) his argument that these claims of ineffective assistance of counsel establish cause for his procedural defaults.

Done this 20th day of March, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE