IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| FREESHONE C. McLEOD, #229466, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CASE NO. 1:05-CV-1123-MEF |
| | ) |
| ARNOLD HOLT, et al., | ) |
| | ) |
| Respondents. | ) |

**ORDER**

Upon review of the second supplemental answer filed by the respondents on March 31, 2006, and for good cause, it is

ORDERED that on or before April 19, 2006 the respondents shall advise this court of whether the petitioner's appeal of the denial of his third Rule 32 petition remains pending before the state courts. If this appeal has not yet been dismissed by the trial court or ruled upon by the Alabama Court of Criminal Appeals, the respondents shall advise the court of the impact this pending petition has on the instant habeas action.

Done this 5th day of April, 2006.

                    /s/Charles S. Coody
                    CHARLES S. COODY
                    CHIEF UNITED STATES MAGISTRATE JUDGE