IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| FREESHONE C. McLEOD, #229466, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:05-CV-1123-MEF |
| | ) | |
| ARNOLD HOLT, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

Upon review of the file in this case, and for good cause, it is

ORDERED that on or before May 30, 2006 the respondents shall:

1. Show cause why they failed to file a response in accordance with the directives of the order entered on April 5, 2006 (Court Doc. No. 18).

2. File a response in compliance with the April 5, 2006 order (Court Doc. No. 18).

Done this 19th day of May, 2006.

                          /s/Charles S. Coody
                        CHARLES S. COODY
                        CHIEF UNITED STATES MAGISTRATE JUDGE