IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| FREESHONE C. MCLEOD, #229466, | ) |
| PETITIONER, | ) ) ) ) |
| V. | ) CIVIL ACTION NO. ) 1:05-CV-1123-F ) |
| ARNOLD HOLT, et al., | ) ) ) |
| RESPONDENTS. | ) |

MOTION TO SUBMIT EXHIBIT Q

Come now the Respondents in the above styled cause by and through the Attorney General of Alabama and submit the following exhibit that Respondents have now received from the Alabama Court of Criminal Appeals.

Q. Copy of letter from the Clerk of the Court of Criminal Appeals indicating that McLeod does not have an appeal presently pending in that court.

Respectfully submitted,

Troy King, ASB #KIN047
*Attorney General*
By-

s/Beth Slate Poe
Beth Slate Poe ID#POE005
*Assistant Attorney General*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of May, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:  Freeshone C. McLeod, #229466, P.O. Box 5107, Union Springs, AL  36089.

        Respectfully submitted,

        s/Beth Slate Poe (POE005)
        Beth Slate Poe (POE005)
        Office of the Attorney General
        Alabama State House
        11 South Union
        Montgomery, AL  36130-0152
        Telephone: (334) 242-7300
        Fax: (334) 242-2848
        E-Mail:  bpoe@ago.state.al.us

138158/88232-001