# COURT OF CRIMINAL APPEALS

STATE OF ALABAMA
JUDICIAL BUILDING, 300 DEXTER AVENUE
**P. O. BOX 301555**
**MONTGOMERY, AL 36130-1555**

| | | |
|---|---|---|
| H.W. "Bucky" McMILLAN<br>Presiding Judge<br>SUE BELL COBB<br>PAMELA W. BASCHAB<br>GREG SHAW<br>A. KELLI WISE<br>Judges | May 25, 2006 | Lane W. Mann<br>Clerk<br>Gerri Robinson<br>Assistant Clerk<br>(334) 242-4590<br>FAX (334) 242-4689 |

Ms. Beth Poe
Office of the Attorney General
Criminal appeals Division
11 South Union
Montgomery, AL 36130-0152

                                        Re:    Freeshone Cornelius McLeod

Dear Ms. Poe:

     As per your request, this is to certify that, as of this writing, Mr. Freeshone Cornelius McLeod has no appeals or other actions pending in this Court. Mr. McLeods last appeal (CR-04-1304) was concluded when the certificate of judgment was issued on September 7, 2005.

     I hope this information is helpful.

                                        Sincerely yours,

                                        Lane W. Mann, Clerk
                                        Court of Criminal Appeals

LWM/lwm

fcm

EXHIBIT Q