IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FREESHONE C. McLEOD, #229466, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:05-CV-1123-MEF |
| | ) |
| ARNOLD HOLT, et al., | ) |
| | ) |
| Respondents. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to submit exhibit filed herein by the respondents on May 26, 2006 (Court Doc. No. 21), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 31st day of May, 2006.

        /s/Charles S. Coody
        CHARLES S. COODY
        CHIEF UNITED STATES MAGISTRATE JUDGE