(EXHIBIT) A

```
 1            with you?
 2      A     (Witness nodded.)
 3      Q     Did you spend the night with your momma last
 4            night?
 5      A     (Witness nodded.)
 6      Q     And how long have you been living with your momma?
 7      A     Two weeks.
 8      Q     Two weeks.
 9            Who did you live with before that?
10      A     Mary.
11      Q     Is that Mary Lizzie?  Is that your grandmomma?
12      A     (Witness nodded.)
13      Q     ████████████████████████████████████████████
14            ████████████████████████████████████████████
15      A     ████████████████
16      Q     ████████████████████████████████████████████
17            ████████████████
18      A     ████████████
19            MR. BRANTLEY:  Thank you.
20                    FURTHER REDIRECT EXAMINATION
21      BY MR. VALESKA:
22      Q     Jonteria, can you tell the jury this, okay?  If
23            your momma told you that this was black, would it
24            be black?
25      A     Orange.
```

(Exhibit CB)

223

```
1    A    Oh, absolutely.
2    Q    I asked you about the X-ray that you observed.
3         The CAT scan. When the skull, particularly in
4         Jonteria Jones, the injuries you observed and the
5         skull fractures she had caused by blunt-force
6         trauma and refer to State's Exhibit 6 for
7         identification purposes, the wok, what I want to
8         ask you, that wok, when it struck her skull with
9         tremendous amount of force --
10            MR. BRANTLEY: Object. (T̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶
11         t̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶) Your Honor.
12            MR. VALESKA: Hypothetically.
13   Q    If I could phrase it hypothetically that skull --
14        that wok was used to strike her skull,
15        hypothetically, I'll ask you, with a tremendous
16        amount of force, what I want to ask you, the
17        injuries to the skull, do we have a complete break
18        -- clean break, what happens when the skull is
19        crushed in relationship to the bone itself? What
20        happened? Is there a clean break that you saw of
21        her injuries?
22   A    This type of instrument if used to impact on a
23        skull would produce just a -- depending on the
24        amount or the area of impact -- for instance, her
25        injuries would not be consistent with a blow by a
```

```
 1            vagina; is that correct?
 2     A      Inside of her vaginal opening.
 3     Q      And you've stated that these injuries appear to
 4            have been caused by blunt-force instrument?
 5     A      Blunt-force trauma.
 6     Q      Blunt-force trauma.
 7                 Now, let me give you a hypothetical.  If she
 8            were dragged on the ground for some distance, and
 9            let's just say by the legs into brush, into the
10            woods, would these injuries to her vagina, would
11            it be consistent with the appearance that you saw
12            that these injuries to the inside of her legs to
13            her vaginal area, that they could have been caused
14            by limbs, portions of the bottom of plants like
15            small trees and things like that?
16     A      ████████████████████████████████████
17     Q      Tell us why not.
18     A      Well, where are the bruises to the inside of the
19            thighs?
20     Q      What did you say?
21     A      ████████████████████████████████████████████████.
22            I think that if a branch -- if you were dragging
23            somebody -- now, are you asking me are you
24            dragging them with both legs, are you dragging
25            them with one leg with the other leg hanging out?
```

| | | |
|---|---|---|
| 1 | Q | That was my question to you. |
| 2 | A | No, I don't know exactly. |
| 3 | Q | It would not have necessarily been a penis, would |
| 4 | | it? |
| 5 | A | In my opinion I think it was. |
| 6 | Q | But it would not necessarily have been a penis? |
| 7 | | Why do you think it was a penis? |
| 8 | A | Because it looks very typical for a sexual |
| 9 | | assault. |
| 10 | Q | ~~[redacted]~~ |
| 11 | A | I'm not aware of those results. |
| 12 | Q | You don't know that there was, do you? |
| 13 | A | I'm not aware of those results. I tested it, and |
| 14 | | I'm not aware of the findings. |
| 15 | Q | Hypothetically, ~~if there's no sperm in the vaginal~~ |
| 16 | | ~~canal, does that change your opinion that the only~~ |
| 17 | | ~~object that could have caused this blunt force~~ |
| 18 | | ~~trauma was a human erect penis?~~ |
| 19 | A | ~~All it means is the assailant didn't ejaculate.~~ |
| 20 | Q | ~~Is that all it means?~~ |
| 21 | A | I just have never seen these injuries at all with |
| 22 | | a straddle injury with somebody being dragged |
| 23 | | through the woods, being pelted by, you know, |
| 24 | | brush, by sticks. I've just never seen it. |
| 25 | Q | What about an object? What about if the assailant |

| | | |
|---|---|---|
| 1 | | used an object to touch the vagina other than a |
| 2 | | penis? |
| 3 | A | Then it still would be probably some form of |
| 4 | | sexual assault. |
| 5 | Q | [redacted] |
| 6 | | |
| 7 | A | [redacted] |
| 8 | Q | Now, you stated that these bruises appeared to be |
| 9 | | fresh? |
| 10 | A | Yes, sir. |
| 11 | Q | What do you mean by fresh? |
| 12 | A | They were swollen. They had discoloration. |
| 13 | Q | What I mean by fresh -- what time length do you |
| 14 | | place on fresh? |
| 15 | A | In my best medical opinion anything probably six |
| 16 | | to eight hours or less. |
| 17 | Q | Prior to your seeing it, okay. |
| 18 | A | Now, Counselor, I'm not a forensics physician. |
| 19 | | I'm an emergency physician. So a forensic |
| 20 | | physician -- |
| 21 | Q | I understand that. |
| 22 | A | -- can probably give you a much better time frame. |
| 23 | Q | Do you know the date of birth of the patient when |
| 24 | | you saw her? |
| 25 | A | No. It was told to me that they were bringing in |

(EXHIBIT) G.

239

1   an approximately six-year-old child.  I think the
2   medics had found out.
3  Q   And you used the phrase attempted penetration.
4   What do you mean by <u>attempted penetration?</u>
5  A   If I had noted that the hymen had been lacerated
6   or cut, then if it had been a penis that was used,
7   then I think the penis would have penetrated
8   inside the vagina.  A six-year-old's vagina is
9   extremely small.  [redacted]
10  [redacted]
11  [redacted]
12  [redacted]
13  Q   [redacted]
14  A   [redacted]
15  Q   [redacted]
16  [redacted]
17      MR. VALESKA:  Objection.
18      MR. BRANTLEY:  That's a proper question.
19      MR. VALESKA:  Penetration to what?  All I
20  have to do is show penetration inside the labium.
21  [redacted]  I object to
22  the form of the question.
23      MR. BRANTLEY:  I will follow it up.
24  Q   [redacted]
25      THE COURT:  Hang on.  You need to lay a

(EXHIBIT) H.

240

```
 1        foundation with the doctor as to what he
 2        considered that term I suppose.
 3             MR. BRANTLEY:  Well, Judge, I can do it
 4        either before or after my question?  I think he's
 5        gotten wind of where I'm heading now and --
 6        anyway.
 7             MR. VALESKA:  I object and move to exclude
 8        someone has gotten wind to where Mr. Brantley is
 9        heading.
10             THE COURT:  It's getting late.  I'm getting
11        irritated.  You-all are arguing.  Let's try to
12        work through this witness so we can all go home
13        for the evening.
14   Q    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
15        ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
16   A    Now, attempted penetration to what?  To inside the
17        vagina.
18   Q    Are you saying that there was not penetration to
19        the vagina?
20   A    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.
21   Q    But it was not successful based on your
22        observations?
23   A    Well, again, the vagina being so small and the
24        penis being larger, to have actual internal
25        penetration I think that would have provided a lot
```

(Exhibit) I.

```
 1          MR. BRANTLEY:  Judge, let me ask him another
 2     question if I can.
 3   Q  You also stated that these bruises appeared to be
 4      the result of blunt-force trauma which in your
 5      opinion was a penis?
 6   A  That is correct.
 7   Q  You described some bruising around the anus?
 8   A  Yes, I did.
 9   Q  Is that blunt-force trauma, too, around the anus?
10   A  In my opinion, yes.
11   Q  And would that have to be in your opinion a penis,
12      too?
13   A  In this case, yes.
14   Q  When you say in this case, you're talking about
15      what?
16   A  I'm talking about Miss Jones.
17   Q  And in this case you were told that there may have
18      been a sexual assault?
19   A  That is correct.
20   Q  [redacted]
21      [redacted]
22      [redacted]
23   A  The only influence it had that I was asked to go
24      and do a sexual examination.
25   Q  Knowing that there had been a suggestion that one
```

(EXHIBIT) J.

249

```
 1           had occurred?
 2    A      Huh?
 3    Q      That's a yes or a no.
 4    A      I lost your question.  Rephrase it for me again or
 5           repeat it, please.
 6    Q      You did not examine this vaginal area or anus
 7           without first having been told there may have been
 8           a sexual assault?
 9    A      That is correct.
10    Q      So your opinion to some extent, Doctor, has been
11           tainted by the fact that there -- at least some
12           people believe there was one?
13    A      Counselor, if there were no findings whatever, if
14           she had a completely normal exam, if a child was
15           in other cases that I've had has told me that
16           somebody has sexually assaulted them, then I would
17           believe the child.  So the -- in this case I have
18           presence of physical evidence that she was
19           sexually assaulted.  Certainly without findings of
20           bruising, tearing, ripping, bleeding, what have
21           you, it would be I guess legally much harder to
22           make a case of sexual assault.  ▬▬▬▬▬▬▬
23           ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
24           ▬▬▬▬▬ all that means is I expanded my
25           physical exam after she was stabilized to go and
```

```
 1        do a sexual assault exam.
 2    Q   What difference would it have made, if any, ~~if you
 3        had been told~~ ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
 4        occurred if she ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
 5        injuries due to having been dragged through
 6        brush?  In other words, ~~there was~~~~~~~~~~~~~~~~
 7        ~~~~~~~~~~~~, would that change your opinion?
 8    A   If I was asking to go and examine her, I would
 9        have done so.
10    Q   Would that have made any difference in your
11        opinion --
12    A   If I seen.
13    Q   -- instead of being told --
14    A   I see where you're going with this.  I got you.
15        If I was told --
16    Q   In other words, if you had been told this little
17        girl had been dragged through brush and had been
18        -- a blunt-force instrument like a stick or a twig
19        had been placed between her legs and there had
20        ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~, what
21        difference, if any, would that have made on the
22        opinion or the conclusion you reached after her
23        examination?
24    A   Counselor, if I had seen these kinds of findings
25        on that -- I suppose hypothetical condition that
```

```
 1         you're talking about, I would have been on the
 2         phone to DHR in a heart beat.
 3    Q    ████████████████████████████████████████████████
 4         ████████████████████████
 5    A    ████ In your case you were asking me if I may --
 6         if I'm correct, if I was told that she was injured
 7         as a result of being dragged through some brush
 8         would that have tainted or forced a different
 9         opinion.  If I had seen these kind of findings, my
10         first and foremost conclusion first is to make
11         sure this is not a result of sexual assault, and
12         then I would have gone through DHR and let the
13         authorities work out what the details were as to
14         what actually occurred.
15    Q    So would it be true to say that automatically
16         you've been trained to consider on any bruising on
17         the vaginal area you first rule out sexual assault?
18    A    Counselor, if you're shot in the chest, my first
19         concern is to see whether or not it went through
20         the heart.
21    Q    Could you answer the question, sir?
22    A    I'm answering the question in that anytime --
23    Q    It's a yes or a no.
24              MR. VALESKA:  Judge, he's trying to answer.
25         Let him --
```

```
 1         MR. BRANTLEY:  Well, he's not answering --
 2         THE COURT:  Hang on just a minute.
 3              You know, if you can answer the question
 4    yes or no, you should answer yes or no.  If you
 5    can't, then answer it to the best of your ability.
 6  A   Yes.  [redacted]
 7    [redacted]
 8    [redacted]
 9         MR. BRANTLEY:  That's all.
10                 FURTHER REDIRECT EXAMINATION
11  BY MR. VALESKA:
12  Q   I want to ask you, Mr. Brantley said you got this
13      fixed opinion or you had been tainted by your
14      examination when you went and looked at Jonteria
15      Jones, which doctor did you talk to that asked you
16      to examine or take pictures and look at her
17      again?  Which doctor was it?
18  A   It was Dr. Robert Head.
19  Q   And what's his profession or occupation?
20  A   He's a board certified pediatrician here in
21      Dothan.
22         MR. VALESKA:  That's all.
23         THE COURT:  Mr. Brantley?
24         MR. BRANTLEY:  No, sir.
25         THE COURT:  Can the doctor be excused?
```

```
 1    A    He went to the jail house.
 2    Q    No. Mae Lizzie, what did Mae Lizzie do after you
 3         told her that Freeshone hit you with a frying
 4         pan? You don't remember, do you?
 5    A    (Witness nodded.)
 6    Q    Have you talked with your momma about this case
 7         here today?
 8    A    (Witness nodded.)
 9    Q    Many times or a few times?
10    A    Many times.
11    Q    And your momma has told you what to say?
12    A    (Witness nodded.)
13    Q    And are you telling us what your momma told you to
14         say?
15    A    (Witness nodded.)
16    Q    Would you say yes or no?
17    A    No.
18    Q    ████████████████████████████
19    A    ████████████████
20    Q    ████████████████
21    A    ████████
22    Q    ████████████████████████████
23    A    ████████████████
24    Q    ████████████████████████████
25    A    ████████████████
```