COURT COPY.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

FREESHONE C. MCLEOD #229466

    PLAINTIFF

- VS -

ARNOLD HOLT. et. al;

    RESPONDENTS

CIVIL ACTION NO: 1:05-CV-1123-F

MOTION TO AMEND HABEAS CORPUS COMPLAINT CHALLENGING STATE CONVICTION:

COME NOW FREESHONE C. MCLEOD #229466 PRO/SE by and through Inmate assistance and moves this Honorable Court for leave to amend his complaint for Habeas Corpus Relief, and in support, thereof would show as follows:

(1) Petition for Writ of Habeas Corpus / Civil Action Complaint:

COMES NOW Freeshone C. McLeod by PRO/SE without benefit of counsel, Petition this Honorable Court in the above-stated cause, pursuant to 15-21-1 Code of Alabama governed 2254 28 UCD which gives this Court Proper Jurisdiction over said matter and for the following thereof:

(2) Plaintiff avers that on the ___1st___ day of ___January___ ___2002___ year I was indicted by a Houston County, Alabama Grand Jury; thus Plaintiff contends that the complaint-form in which was used to obtain an indictment and

(1)

Arrest Affidavit Warrant was never inclose in his Record(s) and it was void and fatally defected which makes my Sentence and Judgment void, the complaint form were never signed by the victim or victim parent(s); it was signed by detective Robinson or Sgt Fonchowd, the Record(s) is silent of a sworn/affidavit by the alleged victim or the victim parent(s), this complaint failed to support the requirement of Rule 2, 3 Alabama Rules of Criminal Procedures which state ... A complaint is a written statement made upon (Oath) before a judge, magistrated, or official authorized law or by law to issue said warrant of arrest, setting forth essential facts consituting an offense and alleging that the defendant committed the offense; the victim mother could not swear to the facts when she was not a actual witness, she swore to second hand information which made the complaint void, the parent(s) of the alleged victim informed no one that they was pressing charges, but Houston County, Police Department insisted that they would, the law of the State of Alabama forbid a police officer to be the (victim,) (arresting) officer, and the) complainer ( In Giordenello vs U.S. 357 U.S. 480 485-86 78 S.Ct. 1245 1250, 2. Led 2d 1503 1958).

12

the U.S. Supreme Court held that "the language of the fourth (4th) amendment that.... no warrant(s) shall issue but upon probable cause..... of course applies to arrest as well as search warrants". See: also F. Whiteley vs. Worden, Wyoming State Penitentiary 401 U.S. 560 91 S.CT 1031, 28, L.ed 2d 306 (1971) article 1, 5 Ala. Const. of 1901. Provides that No Arrest warrant shall issue to seize any person or thing without probable cause and supported by [oath] or a [affirmation]." This Honorable Court of Houston County, Alabama was abritrant and carpricious fill out only to incarcerate Plaintiff McLeod, thus Plaintiff Due-Process was gravely violated and that a civil/action will follow against Houston Co. police dept. in thine personal capacity act under color of law, because of the libal and slander complaint filed without the alleged victim parent(s) or parent consent; thus this violation of Rule 13. 1 (C) the Alabama Supreme Court has further stated.-- an officer cannot justify an arrest on the ground that he had probable cause or reasonable cause to believe the person arrested had committed a felony; See: Duncan vs. State 278 Ala 145 160 176 So 2d So 840 854 (1965) this conviction (s) must be vacated and this cause set for a hearing. See Record(s) it will reflect that Houston County, Alabama Police Department did not have sufficient Probable Cause to obtained the false/filed writ of arrest.

[3]

warrant against me, Plaintiff Freeshone C. McLeod: the Parent(s) or Parent did not think a crime was committed by the Plaintiff McLeod that(s) why they refused to press charge(s) thus the District Attorney DOUGLAS ALBERT VALESKA D.A. has cause me severe mental depression and anguish by false filing documents to have me arrested.

## "INJUNCTIVE RELIEF SOUGHT:

[1] Plaintiff seek(s) an order to direct Houston County, Alabama Circuit Court to provides all legal document(s) pertaining to case no: CC-02--235.236.60 and provide document(s) such as (Affidavit) sworn from victim or victim Parent(s); or Parent; information/ Affirmation indictment/ complaint(s) made to Judge/under (OATH) or magistrated Judge(s) to obtain an Affidavit/Arrest Warrant.

[2] Plaintiff seek(s) five-millions Dollars for malicious prosecution from ~~Douglas Albert Valeska D.A.O.~~ in there personal capacity acting under color of law;

[3] Plaintiff seek(s) a hearing in this instant cause; and Plaintiff be released at once for being *wrongly convicted* ~~wrongly convicted~~

RESPECTFULLY SUBMITTED
Freeshone McLeod
PRO/SE

141

Sworn and subscribed before me on this 8th day of August 2006 year;

Notary Public: /s/ Dianna J. Ethridge

My Commission Exp: 5/28/07

CERTIFICATE OF SERVICE:

I hereby certify that I have on this 8 day of Aug 2006 year, served a copy of the foregoing upon the Alabama Attorney General office; the Honorable; Troy King by placing same in the United States mail, properly addressed and postage prepaid.

Freeshone C. McLeod;

[5]