IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| FREESHONE C. McLEOD, #229466, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v.    ) | CASE NO. 1:05-CV-1123-MEF |
| ) | |
| ARNOLD HOLT, et al.,    ) | |
| ) | |
| Respondents.    ) | |

**ORDER**

Upon consideration of the motion to amend filed by the petitioner on August 16, 2006 (Court Doc. No. 25), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.[1]  It is further

ORDERED that on or before August 31, 2006 the respondents shall file a supplemental answer which addresses the claims and arguments presented by the petitioner in his amendment.  The respondents are advised that in filing their answer they should make specific reference to the provisions of Rule 5, *Rules Governing Section 2254 Cases in the United States District Courts*.  The respondents are further advised that they should present all defenses to the claims presented by McLeod in his amendment to the petition.  **If this court is barred from reviewing the amended claims due to the petitioner's failure to properly present any of these claims to the state courts, the respondents shall identify**

---

[1] In this motion, the petitioner asserts that the judgment of conviction and sentence are void because the arrest warrant "was void and fatally defected" and "the complaint form were never signed by the victim or victim['s] parent(s) . . ." *Amendment to Petition - Court Doc. No. 25* at 2.

**the defaulted claim(s) and provide a basis for the procedural default.**

Done this 17th day of August, 2006.


        /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE