IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| FREESHONE C. MCLEOD, #229466, ) | |
| ) | |
| PETITIONER, ) | |
| ) | |
| V. ) | CIVIL ACTION NO. |
| ) | 1:05-CV-1123-F |
| ) | |
| ARNOLD HOLT, et al., ) | |
| ) | |
| RESPONDENTS. ) | |

**REQUEST FOR ADDITIONAL TIME IN WHICH TO RESPOND**

Come now Respondents in the above-styled cause and respectfully request ten additional days in which to respond to this Court's Order. The undersigned has been involved in other work in the appellate courts, the circuit courts, and the federal district courts and therefore, has had insufficient time in which to complete the Order. The Petitioner will not by unduly prejudiced by the grant of this enlargment.

Wherefore, in consideration of the aforementioned reasons Respondents pray that this Honorable Court grant its request for ten days in which to respond.

I am this date, mailing a copy of this request for an extension of time to Petitioner.

Respectfully submitted,

Troy King, ASB #KIN047
*Attorney General*
By-


s/Beth Slate Poe
Beth Slate Poe ID#POE005
*Assistant Attorney General*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of August, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: <u>Freeshone C. McLeod, #229466, P.O. Box 5107, Union Springs, AL 36089</u>.

                    Respectfully submitted,

                    s/Beth Slate Poe (POE005)
                    Beth Slate Poe (POE005)
                    Office of the Attorney General
                    Alabama State House
                    11 South Union
                    Montgomery, AL 36130-0152
                    Telephone: (334) 242-7300
                    Fax: (334) 242-2848
                    E-Mail: bpoe@ago.state.al.us

175251/88232-001