IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| FREESHONE C. McLEOD, #229466,   ) | |
| ) | |
| Petitioner,   ) | |
| ) | |
| v.   ) | CASE NO. 1:05-CV-1123-MEF |
| ) | |
| ARNOLD HOLT, et al.,   ) | |
| ) | |
| Respondents.   ) | |

**ORDER**

Upon review of the answer filed by the respondents on September 6, 2006 (Court Doc. No. 29), and as this answer fails to address each of the claims presented by the petitioner in his amendment to the petition, it is

ORDERED that on or before September 21, 2006 the respondents shall file a supplemental answer which addresses the petitioner's claim that the arrest warrant was never included in his record and such warrant is therefore "void and fatally defected which makes [his] sentence and judgment void . . ." *August 16, 2006 Amendment to the Petition* at 2. The respondents are advised that in filing their answer they should make specific reference to the provisions of Rule 5, *Rules Governing Section 2254 Cases in the United States District Courts*. The respondents are further advised that they should present all defenses to the claims presented by McLeod in his amendment to the petition. **If this court is barred from reviewing the amended claims due to the petitioner's failure to properly present any of these claims to the state courts, the respondents shall identify the defaulted claim(s) and**

**provide a basis for the procedural default.**

Done this 6th day of September, 2006.

           /s/Charles S. Coody
          CHARLES S. COODY
          CHIEF UNITED STATES MAGISTRATE JUDGE