# WRIT OF ARREST

The State of Alabama  }   CIRCUIT COURT
Houston County

To Any Sheriff of the State of Alabama:   No. 38

An indictment having been found against _Fruchose Cornelius McLeod_

at the _January_ Term, _02_, of the Circuit Court of said County

for the offense of _Rape First Degree (Female 12 years or Less)_

you are therefore commanded forthwith to arrest the said Defendant and commit him to jail unless he gives bail to answer said Indictment, and you are further directed to make return of this writ according to law.

Dated this _31st_ day of _January_, _02_

_Judy Byrd_ Clerk

Defendant lives at _____

The officer executing this writ may admit the Defendant to bail upon entering into Bond in the amount of $100,000 Dollars with two or more good securities approved by said officers.

_Judy Byrd_ Clerk

Received in office this the ____ day of ____  JAN 31 2002 , _Lamar Glover_ Sheriff

I have executed this writ by arresting the within named defendant and

☐ Taking Appearance Bond    ☒ Committing Defendant to Jail    ☐ Continued on Existing Bond

This the _03_ day of _Feb_, _2002_.

Sheriff _Lamar Glover_    Deputy Sheriff _James Ivey_

TRI-STATE / DOTHAN

EXHIBIT 3

# WRIT OF ARREST

**The State of Alabama**  
Houston County

CIRCUIT COURT

No. 39

To Any Sheriff of the State of Alabama:

An indictment having been found against _Freeshone Cornelius McLeod_

at the _January_ Term, _02_ of the Circuit Court of said County

for the offense of _Attempt Murder_

you are therefore commanded forthwith to arrest the said Defendant and commit him to jail unless he gives bail to answer said Indictment, and you are further directed to make return of this writ according to law.

Dated this _31st_ day of _January_, _02_

_Judy Byrd_ Clerk

Defendant lives at _____

The officer executing this writ may admit the Defendant to bail upon entering into Bond in the amount of _$100,000_ Dollars with two or more good securities approved by said officers.

_Judy Byrd_ Clerk

Received in office this the ___ day of JAN 31 2002, _Lamar Glover_ Sheriff

I have executed this writ by arresting the within named defendant and

☐ Taking Appearance Bond    ☒ Committing Defendant to Jail    ☐ Continued on Existing Bond

This the _03_ day of _Feb._, _2002_

Sheriff _LAMAR GLOVER_    Deputy Sheriff _JAMES IVEY_

TRI-STATE / DOTHAN