IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| FRESHONE C. MCLEOD, <br> AIS # 229466, <br><br> Petitioner, <br><br> v. <br><br> ARNOLD HOLT, *et al.*, <br><br> Respondents. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 1:05cv1123-MEF <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER**

On January 9, 2006, the Respondents submitted the transcript of the state criminal proceedings to this court. This court's review of the record indicates that part of the transcript was omitted from the State's submission, specifically pages R. 518-618 or part 8 of 9 of the criminal transcript. (Attach. to Doc. No. 8.) Accordingly, it is

ORDERED that, on or before September 24, 2007, the State shall provide the court with the omitted part of the transcript of the state criminal trial proceedings.

Done this 14th day of September, 2007.

                                         /s/Charles S. Coody
                                    CHARLES S. COODY
                                    CHIEF UNITED STATES MAGISTRATE JUDGE