IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| FREESHONE C. MCLEOD,<br>AIS # 229466, | )<br>)<br>) | |
| Petitioner, | )<br>) | |
| v. | )<br>) | CIVIL ACTION NO. 1:05cv1123-MEF |
| | )<br>) | |
| ARNOLD HOLT, *et al.*, | )<br>) | |
| Respondents. | ) | |

**ORDER**

On January 9, 2006, the Respondents filed an answer, in which they assert that a certificate of judgment was entered in the state criminal proceeding on September 27, 2005. The certificate of judgment, however, is not included as an attachment to the Respondents' answer.

Accordingly, it is

ORDERED that, on or before September 24, 2007, the State shall:

(1) provide the court with a copy of the September 27, 2005, certificate of judgment.

(2) advise whether the petitioner filed a petition for a writ of certiorari to the Alabama Supreme Court after the Alabama Court of Criminal Appeals' affirmance of the dismissal of his first state post-conviction petition.

Done this 14th day of September, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE