IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| FREESHONE C. MCLEOD, AIS# 229466, | ) ) ) |
| Petitioner, | ) ) |
| v. | ) CIVIL ACTION NO. 1:05cv1123-MEF ) |
| ARNOLD HOLT, et. al., | ) ) |
| Respondents. | ) |

**RESPONSE TO COURT'S ORDER OF SEPTEMBER 14, 2007**

Come now Respondents, by and through the Attorney General of the State of Alabama, and submits their response to Judge Coody's Order that was filed on September 14, 2007.

1. Attached hereto (Exhibit R[1]) is a copy of the Certificate of Judgment that was filed on September 7th, 2005.

2. After calling the Alabama Supreme Court, the undersigned was informed that the Petitioner has not filed a petition for writ of certiorari to the Alabama Supreme Court after the Alabama Court of Criminal Appeals' affirmed the dismissal of his first state post-conviction petition.

---

[1] Exhibits R and S are continuous from previous Answers that were filed by the State.

3. Attached hereto (Exhibit S) are the missing parts of the transcript of the state criminal proceedings that were originally submitted, specifically pages R. 518-618, of the criminal transcript.

Respectfully submitted,

Troy King, ASB #KIN047
*Attorney General*
By-

s/Beth Slate Poe (POE005)
Beth Slate Poe (POE005)

## CERTIFICATE OF SERVICE

I hereby certify that on this <u>21th</u> day of September, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: <u>Freeshone C. McLeod, AIS# 229466, PO Box 5107, Union Springs, AL 36089</u>.

                                        Respectfully submitted,

                                        s/Beth Slate Poe (POE005)
Beth Slate Poe (POE005)
Office of the Attorney General
Alabama State House
11 South Union
Montgomery, AL 36130-0152
Telephone: (334) 242-7300
Fax: (334) 242-2848
E-Mail: bpoe@ago.state.al.us

320976/88232-001