# THE STATE OF ALABAMA -- JUDICIAL DEPARTMENT
# THE ALABAMA COURT OF CRIMINAL APPEALS

CR-04-1304

Freeshone Cornelius McLeod v. State of Alabama  (Appeal from Houston Circuit Court: CC02-235.60)

## CERTIFICATE OF JUDGMENT

WHEREAS, the appeal in the above referenced cause has been duly submitted and considered by the Court of Criminal Appeals; and

WHEREAS, the judgment indicated below was entered in this cause on August 19th 2005:

### Affirmed by Memorandum.

NOW, THEREFORE, pursuant to Rule 41 of the Alabama Rules of Appellate Procedure, it is hereby certified that the aforesaid judgment is final.

Witness. Lane W. Mann, Clerk
Court of Criminal Appeals, on this
the 7th day of September, 2005.

*[signature]*

Clerk
Court of Criminal Appeals
State of Alabama

cc: Hon. Jerry White, Special TC Judge
Hon. Judy Byrd, Circuit Clerk
Freeshone Cornelius McLeod, Pro Se
Beth Slate Poe, Asst. Atty. Gen.



STATE'S EXHIBIT R