IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
SOUTHERN DIVISION

| | |
|---|---|
| FREESHONE C. McLEOD, | ) |
| | ) |
| Petitioner, | ) |
| v. | ) CASE NO. 1:05-cv-1123-MEF |
| | ) |
| ARNOLD HOLT, *et al.*, | ) |
| | ) |
| Respondents. | ) |

## **O R D E R**

On September 26, 2007, the Magistrate Judge filed a Recommendation (Doc. #37) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. That the petition for habeas corpus relief filed by McLeod is DENIED and this case is DISMISSED with prejudice.

DONE this the 17th day of October, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE